887 A.2d 1217

SOLAR TURBINES, INCORPORATED, Appellant

v.

COMMONWEALTH of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Nov. 23, 2005.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of November, 2005, the Order of the Commonwealth Court is hereby **AFFIRMED.**